**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOY LUCRETIA CLARK,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-0023** |
| | : | |
| **DAVITA, INC. *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 1st day of October, 2026, upon consideration of Plaintiff Joy Lucretia Clark's Response to Order to Show Cause (Doc. No. 11), and the litigation history set forth in the Court's Memorandum filed on June 15, 2026 (Doc. No. 9 at 11–15) and the accompanying Memorandum entered on this day, it is **ORDERED** that:

1. Joy Lucrecia Clark is **ENJOINED** from filing any new civil, non-habeas actions in the United States District Court for the Eastern District of Pennsylvania without full payment of the filing fee unless: (a) along with her proposed complaint and application to proceed *in forma pauperis*, she submits a certification signed by a licensed attorney (and listing that attorney's bar number and contact information) that the claims she seeks to present have arguable merit; (b) she becomes incarcerated and she files a lawsuit challenging the conditions of her confinement or a habeas case; or (c) she seeks review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g), denying social security benefits.

2. If Clark files a complaint without paying the filing fee and fails to submit the certification described in ¶ 1, the Clerk of Court is **DIRECTED** not to file the submission and return it to Clark with a copy of this Order.

3. The injunction shall extend for a period of **two years** from the date of this Order.

**IT IS SO ORDERED.**

***/s/ Karen Spencer Marston***

**KAREN SPENCER MARSTON, J.**